Attachment A

michael shawn Brown

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JUN 06 2022
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

MICHAEL SHAWN BROWN
*Your full name*

**FEDERAL TORTS CLAIM ACT COMPLAINT**

v.

Civil Action No.: 3:22cv101
*(To be assigned by the Clerk of Court)*

Groh/Trumble/Sims

UNITED STATES OF AMERICA

## I. JURISDICTION

The Court has jurisdiction over this action pursuant to: Title 28 U.S.C. Section 2671, et seq. (FTCA) and Title 28 U.S.C. Section 1346(b)(1).

## II. PLAINTIFF

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

   A.   Your full name: MICHAEL SHAWN BROWN  Inmate No.: 55524-056
        Address: Federal Correctional Institution - Gilmer
        P.O. Box 6000, Glenville WV 26351

## III. PLACE OF PRESENT CONFINEMENT

Name of
Prison/Institution: Federal correctional Institution - Gilmer

   A.   Is this where the events concerning your complaint took place?
        ☐ Yes   ☑ No

**Attachment A**

*michael shaun Brown*

If you answered "NO," where did the events occur?
_Federal Correctional Institution - Fort Dix (New Jersey)._

IV. PREVIOUS LAWSUITS

    A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action? ☐ Yes ☑ No

    B.   If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

        1.   Parties to this previous lawsuit:

            Plaintiff(s): _NA_
            Defendant(s): _NA_
            _NA_

        2.   Court: _NA_
            *(If federal court, name the district; if state court, name the county)*

        3.   Case Number: _NA_

        4.   Basic Claim Made/Issues Raised: _NA_
            _NA_
            _NA_
            _NA_

        5.   Name of Judge(s) to whom case was assigned: _NA_
            _NA_

        6.   Disposition: _NA_
            *(For example, was the case dismissed? Appealed? Pending?)*

        7.   Approximate date of filing lawsuit: _NA_

Attachment A

*Michael Shawn Brown*

8. Approximate date of disposition. Attach copies: _N A_

C. Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B? _N A_
☐ Yes   ☐ No

D. If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought. _N A_
_N A_
_N A_
_N A_

E. Did you exhaust **ALL** available administrative remedies? _N A_
☐ Yes   ☐ No

F. If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted. _N A_
_N A_
_N A_
_N A_

G. If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1. Parties to previous lawsuit:

   Plaintiff(s): _N A_

   Defendant(s): _N A_

Attachment A

michael shawn Brown

2. Name and location of court and case number: _NA_
   _NA_
   _NA_

3. Grounds for dismissal:  ☐ frivolous     ☐ malicious     _NA_
   ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _NA_

5. Approximate date of disposition: _NA_

V. ADMINISTRATIVE REMEDIES PURSUANT TO THE FTCA

A. Did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim, with the appropriate BOP Regional Office?
☑ Yes     ☐ No

B. If your answer is "YES," answer the questions below:

1. Identify the type of written claim you filed: Intentional Tort of infliction of Emotional Distress and Negligence.

2. Date your claim was filed: October 7, 2020 see appedix at 1

3. Amount of monetary damages you requested in your claim:
   $10,000,000.00    See appedix at 1

4. If you received a written Acknowledgment of receipt of your claim from the BOP, state the:     See Appendix at 1

   I. Date of the written acknowledgment: November 10, 2021
   ii. Claim Number assigned to your claim: TRT-NER-2021-01303

C. If your claim involves individuals who are employed by government agencies **other than the BOP**, did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim with the appropriate government agencies?   ☑ Yes     ☐ No

**Attachment A**

Michael Shawn Brown

D. If your answer is "YES," answer the questions below:

1. Identify the specific government agency or agencies, including the addresses, where you filed notice of your claim: USDOJ-FBOP Northeast Regional office, U.S. Custom House - 7th Floor, 2nd and Chestnut Street, Philadelphia, PA 19106.

2. Identify the type of written claim(s) you filed: Intentional Tort of infliction of Emotional Distress and Negligence.

3. Date your claim(s) were filed: October 7, 2020   see appendix at 1

4. Amount of monetary damages you requested in your claim(s): $10,000,000.00   see Appendix at 1

5. If you received a written Acknowledgment of receipt of your claim(s), state the:   See Appendix at 1

   I. Date of the written Acknowledgment: November 10, 2021

   ii. Claim Number assigned to your claim: TRT-NER-2021-01303

E. If the BOP (or other government agency that received notice of your claim) either denied your claim or offered you a settlement that you did not accept, please state whether you requested reconsideration of your claim.
   ☑ Yes   ☐ No   See Appedix at 4 through 10.

   1. If you answered "YES," state the:

      I. Date you requested reconsideration: December 1, 2021

      ii. Date the agency acknowledged receipt of your request for reconsideration: December 7, 2021
      See Appedix at 2 and 3.

Attachment A

michael shawn Brown

## VI. STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case.* **You must include allegations of specific wrongful conduct as to EACH and EVERY federal employee about whom you are complaining. Describe exactly what each federal employee did.** *Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.** *(LR PL 3.4.4)*

CLAIM 1: Intentional Tort of Infliction of Emotional Distress and Negligence

Supporting Facts: See Attached Pages 1 through 3

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
Lieutenant Evans - USDOJ-FBOP-FCI-Fort Dix New Jersey, and approximately 10 unknown officers, USDOJ-FBOP Fort Dix New Jersey.

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," please explain: Lieutenant Evans and the 10 unknown officers were "all" acting within the scope of their official duties at the time this claim occurred, they all acted within the scope of their office of Employment.

CLAIM 2: Negligence

Attachment A

Michael Shawn Brown

Supporting Facts: See Attached pages 3 through 6

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: Lieutenant Evans - USDOJ, FBOP Fort Dix New Jersey, and Approximately 10 unknown officers, USDOJ - FBOP - Fort Dix New Jersey.

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," please explain: Lieutenant Evans and the 10 unknown officers were "all" acting within the scope of their official duties at the time this claim occurred, they all acted within the scope of their office of Employment.

CLAIM 3: NA

Supporting Facts: NA

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: NA

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?   ☐ Yes   ☐ No

NA

**Attachment A**

michael shawn Brown

If your answer is "YES," please explain: ____N A____

CLAIM 4: ____N/A____

Supporting Facts: ____N A____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: ____N A____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," please explain: ____N A____

CLAIM 5: ____N A____

Supporting Facts: ____N A____

**Attachment A**

*michael shawn Brown*

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: *NA*

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," please explain: *NA*

## VII. INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured or your property damaged and the exact nature of your damages. *See attached pages 6 and 7.*

## VIII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes:* *Trial by Jury and Compensatory Damages in the amount of $10,000,000.00 (Ten million dollars) to be awarded to michael Shawn Brown; Appointment of Counsel.*

**Attachment A**

*michael shawn Brown*

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _Federal Correctional Institution-Gilmer_ on _June 2, 2022_.
            (Location)                                     (Date)

_[signature]_
Your Signature